JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Mark Clark ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
William Person ;

### Defendant(s):

First Listed Defendant:
International Brotherhood of Teamsters Local 41 ;
**County of Residence:** Outside This District

Additional Defendants(s):
YRC Freight ;

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):

### Defendant's Attorney(s):

Carol A. Krstulic ( International Brotherhood of Teamsters Local 41)
Blake & Uhlig, P.A.
753 State Avenue, Suite 475
Kansas City, Kansas 66101
**Phone:** 913-321-8884
**Fax:** 913-321-2396
**Email:** cak@blake-uhlig.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 2. Removed From State Court

    **State Removal County:** Jackson County

    **State Removal Case Number:** 1416-CV15005

**Nature of Suit:** 790 Other Labor Actions

Case 4:14-cv-00668-FJG     Document 1-2     Filed 07/30/14     Page 1 of 2

**Cause of Action:** 28 U.S.C. 1446 for removal; 28 U.S.C. 1331 and 1337; claim arises under 29 U.S.C. 159(a) because plaintiffs are alleging a violation of the duty of fair representation

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Carol A. Krstulic

**Date:** July 30, 2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.