IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARK CLARK and<br>WILLIAM PERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>YRC FREIGHT AND<br>INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS<br>LOCAL 41,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:14-cv-00668-FJG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's October 24, 2014 Scheduling Order (Doc. 22), Plaintiffs Mark Clark and William Person and Defendant YRC Inc. d/b/a YRC Freight (the "Parties") submit the following Joint Status Report:

    1.    <u>Progress of Case.</u>  In October and November 2014, the Parties exchanged initial disclosures and corresponding documents. In late October 2014, Defendant YRC Freight propounded written discovery requests on Plaintiffs, to which Plaintiffs responded. On February 3, 2015, the Parties participated in a settlement conference with Magistrate Judge Sarah Hays but did not reach a settlement. (Doc. 42) The Parties are currently scheduling Plaintiffs' depositions.

    2.    <u>Potential Issues with Discovery or Otherwise.</u>  The Parties currently do not have (and do not expect to have) any problems related to discovery or other matters.

Respectfully submitted,

| | |
|---|---|
| /s/ Christie Jess | /s/ René L. Duckworth |
| Mark A. Jess, MO #37946 | Anthony B. Byergo, MO #56294 |
| Christie Jess, MO #44919 | René L. Duckworth, MO #62070 |
| John J. Ziegelmeyer III, MO #59042 | Jennifer Oldvader, MO #60649 |
| EMPLOYEE RIGHTS LAW FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Kansas City Livestock Exchange Building | |
| 1600 Genessee, Suite 842 | 4520 Main Street, Suite 400 |
| Kansas City, Missouri 64102-5639 | Kansas City, MO 64111 |
| (816) 474-4600 | Telephone: 816.471.1301 |
| (816) 474-4601 *facsimile* | Facsimile: 816.471.1303 |
| mark.jess@employeerightslawfirm.com | anthony.byergo@ogletreedeakins.com |
| christie.jess@employeerightslawfirm.com | rene.duckworth@ogletreedeakins.com |
| john.z@employeerightslawfirm.com | jennifer.oldvader@ogletreedeakins.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT YRC INC. D/B/A YRC FREIGHT** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mark A. Jess, MO #37946
Christie Jess, MO #44919
John J. Ziegelmeyer III, MO #59042
EMPLOYEE RIGHTS LAW FIRM
Kansas City Livestock Exchange Building
1600 Genessee, Suite 842
Kansas City, Missouri 64102-5639
mark.jess@employeerightslawfirm.com
christie.jess@employeerightslawfirm.com
john.z@employeerightslawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ René L. Duckworth
**ATTORNEY FOR DEFENDANT**

20779310.1